UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       *Plaintiff,*

           **NOTICE OF MOTION**

v.

          Case No: 20-cr-00195(JLS)(JJM)

DAVID RUBEL,

       *Defendants.*

S I R S :

  PLEASE TAKE NOTICE that upon the annexed affidavit Herbert L. Greenman, Esq., the undersigned moves this Court for an Order extending by 60 days upon which the defense must file motions for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED: Buffalo, New York
   February 19, 2021       Respectfully submitted,

             /s/Herbert L. Greenman

             HERBERT L. GREENMAN, ESQ.
             LIPSITZ GREEN SCIME
             CAMBRIA, LLP
             Counsel for Defendant
             DAVID RUBEL
             42 Delaware Avenue
             Buffalo, New York 14202
             (716) 849-1333
             hgreenman@lglaw.com

TO:   MEGHAN TOKASH, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      138 Delaware Ave.
      Buffalo, NY 14202

4009313, 1, 067915.0001

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
                      Plaintiff,

            v.

**AFFIDAVIT**
Case #20-cr-00195(JLS)(JJM)

DAVID RUBEL
                      Defendants.

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | SS: |
| CITY OF BUFFALO | ) |

HERBERT L. GREENMAN, Esq. being duly sworn deposes and says:

1. I am an attorney for the defendant David Rubel.

2. By order of United States Magistrate Judge Jeremiah J. McCarthy motions are scheduled to be filed by February 19, 2021.

3. The parties have engaged in substantial plea negotiations. It was thought that a plea agreement had been agreed to but there are a number of issues which still must be addressed. We expect that the matter will be resolved within the next 60 days.

4. As a consequence, the parties are respectfully requesting that the defense be given an additional 60 days within which to file motions.

5. Assistant United States Attorney Meghan Tokash has no objection to this request.

6. The parties agree that the speedy trial time should be excluded on the basis that the interest of the defendant and the community in a speedy disposition of this case is

4009313, 1, 067915.0001

outweighed by this request.

WHEREFORE, your deponent prays that this Court rule accordingly.

DATED: February 19, 2021
        Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com

Sworn to before me this 19th day
Of February, 2021

/s/Elizabeth M. Jagord-Ward

Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 31, 2022

1