UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        *Plaintiff,*

                                  **NOTICE OF MOTION**

v.

                                  Case No: 20-cr-00195(JLS)(JJM)

DAVID RUBEL,

                        *Defendants.*

---

S I R S:

        PLEASE TAKE NOTICE that upon the annexed affidavit Herbert L. Greenman, Esq., the undersigned moves this Court for an Order extending the time within which the defense must file motions for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED: Buffalo, New York
          April 19, 2021                              Respectfully submitted,

                                                      /s/Herbert L. Greenman

                                                      HERBERT L. GREENMAN, ESQ.
                                                      LIPSITZ GREEN SCIME
                                                      CAMBRIA, LLP
                                                      Counsel for Defendant
                                                      DAVID RUBEL
                                                      42 Delaware Avenue
                                                      Buffalo, New York 14202
                                                      (716) 849-1333
                                                      hgreenman@lglaw.com

TO:    LAURA HIGGINS, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        138 Delaware Ave.
        Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                  Plaintiff,

                  **AFFIDAVIT**
v.                  Case #20-cr-00195(JLS)(JJM)

DAVID RUBEL
                  Defendants.

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | SS: |
| CITY OF BUFFALO | ) |

HERBERT L. GREENMAN, Esq. being duly sworn deposes and says:

1. I am an attorney for the defendant David Rubel.

2. By order of United States Magistrate Judge Jeremiah J. McCarthy motions are scheduled to be filed by April 19, 2021.

3. The government has tendered a Plea Agreement to the defense. The defense is continuing to work toward a Plea disposition.

4. Recently, an Assistant United States Attorney was added to the government attorney list because the previous Assistant United States Attorney is on assignment outside of the district. Therefore, we need some additional time to attempt to resolve this case.

5. Assistant United States Laura Higgins has no objection to this request.

6. The parties agree that the speedy trial time should be excluded on the basis that the interest of the defendant and the community in a speedy disposition of this case is outweighed by this request.

WHEREFORE, your deponent prays that this Court issue an Order accordingly.

DATED: April 19, 2021
Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com

Sworn to before me this 19th day
Of April, 2021

/s/Elizabeth M. Jagord-Ward

Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 31, 2022

1