UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

*Plaintiff,*

**NOTICE OF MOTION**

**v.**

Case No: 20-cr-00195(JLS)(JJM)

DAVID RUBEL,

*Defendants.*

S I R S :

PLEASE TAKE NOTICE that upon the annexed affidavit Herbert L. Greenman, Esq., the undersigned moves this Court for an Order extending the time within which the defense must file motions by 4 weeks from June 5, 2021 for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED:  Buffalo, New York
June 2, 2021

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME
CAMBRIA, LLP
Counsel for Defendant
DAVID RUBEL
42 Delaware Avenue
Buffalo, New York 14202
(716) 849-1333
hgreenman@lglaw.com

1

TO:   LAURA HIGGINS, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      138 Delaware Ave.
      Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,
                              Plaintiff,

                                                          **AFFIDAVIT**

          v.                                              Case #20-cr-00195(JLS)(JJM)


DAVID RUBEL
                              Defendants.

_____

STATE OF NEW YORK          )
COUNTY OF ERIE             SS:
CITY OF BUFFALO            )

      HERBERT L. GREENMAN, Esq. being duly sworn deposes and says:

      1.  I am an attorney for the defendant David Rubel.

      2.  By order of United States Magistrate Judge Jeremiah J. McCarthy motions are scheduled to be filed by June 5, 2021.  I am respectfully requesting an additional 4 weeks within which to file motions.

      3.  I have spoken with Assistant United States Laura Higgins who has advised me that the government does not oppose this request.

      4.  The government is going to provide a proposed Plea Agreement to the defense which may eliminate the necessity for motions. However, an adjournment of 4 weeks would give the parties time to attempt to resolve this matter.

      5.  The parties agree that the speedy trial time should be excluded on the basis that the interest of the defendant and the community in a speedy disposition of this case is outweighed by this request.

      WHEREFORE, your deponent prays that this Court rule accordingly.

4215442, 1, 067915.0001

DATED: June 2, 2021
      Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

_____

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com

Sworn to before me this 2nd day
Of June, 2021

/s/Elizabeth M. Jagord-Ward
_____
 Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 31, 2022

1