IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                                                                      20-CR-195

DAVID RUBEL,

                    Defendant.

_____

## NOTICE OF MOTION AND MOTION

THE UNITED STATES OF AMERICA, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Laura A. Higgins, Assistant United States Attorney, hereby moves the Court for an extension of the deadline for the defendant to file his pretrial omnibus motions set for January 3, 2022 for the reasons set forth in the attached affidavit.

DATED: Buffalo, New York, January 3, 2022.

                                              TRINI E. ROSS
                                              United States Attorney

                          BY:      s/LAURA A. HIGGINS
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Western District of New York
                                              138 Delaware Avenue
                                              Buffalo, New York 14202
                                              716/843-5862
                                              Laura.Higgins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     v.                                              20-CR-195

DAVID RUBEL,

                        Defendant.
_____

## AFFIDAVIT

STATE OF NEW YORK    )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO     )

**LAURA A. HIGGINS,** being duly sworn, deposes and states:

1.    I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action. This affidavit is submitted in support of the government's motion for an extension of the deadline for the defendant to file his pretrial omnibus motions set for January 3, 2022.

2.    The parties are requesting that the deadline for the defendant's pretrial omnibus motions be extended beyond January 28, 2022 to allow the defendant to enter a plea on January 28, 2022 as scheduled before the Honorable John L. Sinatra, Jr. Counsel for defendant, Herbert Greenman, Esq. stated to your affiant that the defendant joins in the request for the adjournment and in the exclusion of time pursuant to the Speedy Trial Act.

3.    Since the parties have agreed to the terms of a pre-indictment resolution of this matter and the matter is scheduled for a change of plea hearing on January 28, 2022, speedy

trial time in this matter should be excluded to afford time for the change of plea hearing to be conducted. The public's interest in conserving resources by avoiding the unnecessary use of the grand jury, the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that will be obtained through a plea of guilty by the defendant, outweigh the public's interests in a speedy trial. Furthermore, the defendant's interest in obtaining the benefit of a lesser sentence which will likely accompany the pretrial disposition of this matter outweigh the interests of the defendant in a speedy trial. Based on the foregoing representations, the exclusion of time in this matter is in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

WHEREFORE, it is respectfully requested that the deadline for the defendant to file his pretrial omnibus motions be set for a date beyond January 28, 2022, and that the time from and including January 3, 2022, to and including the new date for the defendant to file motions, be excluded from the Speedy Trial Act.

s/LAURA A. HIGGINS
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5862
Laura.Higgins@usdoj.gov

Subscribed and sworn to before me

this 3ᴿᴰ day of January, 2022.

s/JESSICA A. OLSZEWSKI
COMMISSIONER OF DEEDS
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2022.

2