UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                *Plaintiff*,

**NOTICE OF MOTION**

v.

                Case No: 20-cr-00195(JLS)

DAVID RUBEL,

                *Defendants.*
_____

    S I R S :

        PLEASE TAKE NOTICE that upon the annexed affidavit Herbert L. Greenman, Esq., the undersigned moves this Court for an Order adjourning defendant's change of plea proceeding currently scheduled before United States District Judge John L. Sinatra for 45 days from February 22, 2022 for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED:  Buffalo, New York
          February 16, 2022

                                      Respectfully submitted,

                                      /s/Herbert L. Greenman

                                      _____
                                      HERBERT L. GREENMAN, ESQ.
                                      LIPSITZ GREEN SCIME
                                      CAMBRIA, LLP
                                      Counsel for Defendant
                                      DAVID RUBEL
                                      42 Delaware Avenue
                                      Buffalo, New York 14202
                                      (716) 849-1333
                                      hgreenman@lglaw.com

TO:    LAURA HIGGINS, ESQ.
          ASSISTANT UNITED STATES ATTORNEY
          138 Delaware Ave.
          Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
               Plaintiff,

                                                              **AFFIDAVIT**
      v.                                                  Case #20-cr-00195(JLS)

DAVID RUBEL
               Defendants.

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | SS: |
| CITY OF BUFFALO | ) |

    HERBERT L. GREENMAN, Esq. being duly sworn deposes and says:

    1. I am an attorney for the defendant David Rubel.

    2. Currently, a change of plea proceeding is scheduled to be conducted before United States District Judge John L. Sinatra on February 22, 2022.

    3. On behalf of Mr. Rubel we are respectfully requesting postponement of his change of plea date. For numerous reasons, counsel needs additional time to speak with Mr. Rubel relative to the plea disposition. We are respectfully requesting that the change of plea proceeding be rescheduled for approximately 45 days from February 22, 2022.

    4. Assistant United States Attorney Laura Higgins advises that she has no objection to this request.

WHEREFORE, your deponent prays that this Court issue an Order accordingly.

DATED: February 16, 2022
      Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com

Sworn to before me this 16th day
Of February, 2022

/s/Elizabeth M. Jagord-Ward

Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 31, 2022