# United States District Court
## For
## The Western District of New York
## Court Order



Date: June 14, 2022

Defendant's Name: David Rubel    Docket Number: 1:20CR00195-001

Honorable John L. Sinatra Jr., U.S. District Judge

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☒ The Issuance of a Summons  June 23, 2022 at 2:00 p.m.
- ☐ Other

_____
Signature of Judicial Officer

June 15, 2022
_____
Date

Title 18 United States Code, Section 3154(5), Bail Violations

Bail Violation:
Drug Use
Tampering with Drug Testing