AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| DAVID RUBEL ) | Case No. 20-CR-195:1 |
| ) | |
| Defendant ) | |

**FILED AUG 8 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY**

**RECEIVED 2022 JUN 15 AM 11:00 US MARSHAL SERVICE WDNY**

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of Court

| Place: United States District Court<br>2 Niagara Square<br>Buffalo, NY 14202 | Courtroom No.: 8E |
|---|---|
| | Date and Time: 06/23/2022 2:00 pm |

This offense is briefly described as follows:
Violation of Bail

Date: 06/15/2022

*Mary C. Loewenguth* (signature)

*Issuing officer's signature*

MARY C. LOEWENGUTH, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 6/15/2022

*Scott Baryza* (signature)
*Server's signature*

Scott Baryza  ODUSM
*Printed name and title*