UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                *Plaintiff,*

                      **NOTICE OF MOTION**

v.

                      Case No: 20-cr-00195(JLS)(JJM)

DAVID RUBEL,

                *Defendants.*
_____

    S I R S :

        PLEASE TAKE NOTICE that upon the annexed affidavit Herbert L. Greenman, Esq., the undersigned moves this Court for an Order adjourning the defendant's sentence currently scheduled for Tuesday, November 1, 2022 for reasons set forth in the affidavit annexed hereto and made a part hereof together with such other and further relief as to this Court may deem just and proper.

DATED: Buffalo, New York
        October 28, 2022                Respectfully submitted,

                                              /s/Herbert L. Greenman
                                            _____
                                            HERBERT L. GREENMAN, ESQ.
                                            LIPSITZ GREEN SCIME
                                            CAMBRIA, LLP
                                            Counsel for Defendant
                                            DAVID RUBEL
                                            42 Delaware Avenue
                                            Buffalo, New York 14202
                                            (716) 849-1333
                                            hgreenman@lglaw.com

TO:    LAURA HIGGINS, ESQ.
          ASSISTANT UNITED STATES ATTORNEY
          138 Delaware Ave.
          Buffalo, NY 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
      Plaintiff,

                **AFFIDAVIT**
 v.              Case #20-cr-00195(JLS)(JJM)

DAVID RUBEL
      Defendants.

STATE OF NEW YORK   )
COUNTY OF ERIE    SS:
CITY OF BUFFALO    )

  HERBERT L. GREENMAN, Esq. being duly sworn deposes and says:

  1. I am an attorney for the defendant David Rubel.

  2. By Order of United States District Judge John L. Sinatra Mr. Rubel was sentenced to be sentenced on Tuesday, November 1, 2022.

  3. However, we respectfully requesting that Mr. Rubel's sentence be adjourned for approximately 60 days to accommodate the parties to complete the work necessary to the preparation for the Presentence Report as well as memoranda to be filed by the defense.

  4. Assistant United States Attorney Laura Higgins does not oppose this request.

WHEREFORE, your deponent prays that Mr. Rubel's sentence be adjourned for 60 days and that the Court issue an Order accordingly.

DATED: October 28, 2022
      Buffalo, New York

Respectfully submitted,

/s/Herbert L. Greenman

_____
HERBERT L. GREENMAN, ESQ.
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202
Phone (716) 849-1333
Fax (716) 855-1580
hgreenman@lglaw.com

Sworn to before me this 28th day
of October, 2022

/s/Elizabeth M. Jagord-Ward
_____
Notary Public, State of New York
Qualified in Erie County
My Commission Expires October 31, 2026