UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                    20-CR-195 (JLS)

DAVID RUBEL,

          Defendant.

# FINAL ORDER OF FORFEITURE

**WHEREAS**, on June 28, 2022, the Court entered a Preliminary Order of Forfeiture based upon the Plea Agreement of the defendant, DAVID RUBEL, whereby the defendant agreed to forfeit the following property, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

    a) One LG cellular telephone model LM-X210CM, IMEI:355513103443779, and Serial #: 909VTTD344377.

**NOW, THEREFORE**, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the defendant, DAVID RUBEL, forfeit the aforementioned property to the United States, pursuant to Title 21, United States Code, Sections 853(c) and (e) through (p), incorporating all the

relevant terms and conditions of the Preliminary Order of Forfeiture; and it is further

**ORDERED, ADJUDGED, AND DECREED** pursuant to the Federal Rule of Criminal Procedure 32.2(b)(4), that this Final Order of Forfeiture shall be made part of the sentence and included in the criminal judgement; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction to enforce this Order and to amend it as necessary under the Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

DATED:   June 29, 2023.
         Buffalo, New York.

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE